

January 12, 2018

**William Cusack**
212.915.5824 (direct)
William.Cusack@wilsonelser.com

**VIA ECF**

The Honorable William H. Pauley III
United States District Court
500 Pearl Street
New York, NY 10007

Re:      Malanga v. New York University
            Docket No.: 14-cv-9681
            File No.: 11328.00017

Dear Judge Pauley:

We represent defendant New York University in the captioned matter. We write on behalf of the parties to jointly and respectfully inform the Court that this matter has resolved in principle and the parties are finalizing the settlement terms and agreement.

We thank the Court for its attention to this matter.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

William Cusack

cc:      Counsel of record (via ECF)

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

8745249v.1